DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BYRON YOUNG,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2214

[December 2, 2021]

Appeal order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara R. Duffy, Judge; L.T. Case Nos. 2009CF007400A and 2013CF010005A.

Byron Young, Wewahitchka, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and FORST, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***